IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JMARKUS CARRECTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-012 |
| | ) | |
| GEORGE HERRIN, JR., Deputy Director of G.B.I.; GREGORY C. DOZIER, GDC Commissioner; and TYRONE OLIVER, Current GDC Commissioner, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On April 8, 2025, the Court ordered Plaintiff to pay an initial filing fee of $1.50 within thirty days. (Doc. no. 6.) On April 21, 2025, the Clerk of Court docketed a notice of change of address from Plaintiff dated April 16, 2025. (See doc. no. 7.) In an abundance of caution, the Court **DIRECTS** the **CLERK** to re-serve the Court's April 8th Order on Plaintiff and his new custodian (warden) in accordance with the instructions in that prior Order. The Court also extends the deadline for compliance to pay the initial fee through and including May 19, 2025.

SO ORDERED this 21st day of April, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA