IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JMARKUS CARRECTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-012 |
| | ) | |
| GEORGE HERRIN, JR., Deputy Director of G.B.I.; GREGORY C. DOZIER, GDC Commissioner; and TYRONE OLIVER, Current GDC Commissioner, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On April 8, 2025, the Court ordered Plaintiff to pay an initial partial filing fee of $1.50 within thirty days. (Doc. no. 6.) On April 21, 2025, the Clerk of Court docketed a notice of change of address from Plaintiff dated April 16, 2025. (Doc. no. 7.) In an abundance of caution, the Court directed the Clerk of Court to re-serve the Court's April 8th Order on Plaintiff and his new custodian (warden) in accordance with the April 8th Order and extended the deadline for compliance to pay the initial fee through and including May 19, 2025. (Doc. no. 8.)

It has come to the Court's attention that Plaintiff's change of address was incorrectly listed on the docket, and the mailings from the Clerk of Court were returned as undeliverable. (Doc. nos. 11, 12.) In light of the address confusion, the Court **DIRECTS** the **CLERK** to re-serve the Court's April 8th and April 21st Orders on Plaintiff and his custodian (warden) at the corrected address for Baldwin State Prison in Hardwick, Georgia. The Court also extends the deadline for compliance to pay the initial fee through and including June 6, 2025.

SO ORDERED this 7th day of May, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA