AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JMARKUS CARRECTER,

    Plaintiff,

v.

GEORGE HERRIN, JR., Deputy Director of GBI;
GREGORY C. DOZIER, GDC Commissioner; and
TYRONE OLIVER, Current GDC Commissioner,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 625-012

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered August 7, 2025, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion and dismisses this case. This case stands closed.



8/7/2025
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020